# CRIMINAL COMPLAINT

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Shannon Valisto**<br>DOB: 1985; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>19-04970MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 22, 2019, in the District of Arizona, **Shannon Valisto**, knowing or in reckless disregard that a certain alien, including Fidel Ortega-Martinez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 22, 2019, in the District of Arizona, a vehicle approached the primary inspection lane at the State Route 86 checkpoint. The driver was later identified as **Shannon Valisto.** Several passengers were in the vehicle, including Fidel Ortega-Martinez. United States Border Patrol Agents determined he is a citizen of Mexico, in the United States illegally.

In a post-*Miranda* statement, **Shannon Valisto** stated she was asked to give Fidel Ortega-Martinez a ride to Tucson, AZ as a favor.

The material witness, Fidel Ortega-Martinez, stated he had made arrangements to be transported into the U.S. for money. H was going to pay an additional fee once he arrived in Phoenix. He further stated after crossing into the country illegally, he was taken to a house where he was picked up by **Valisto.** The material witness stated **Valisto** instructed him to answer "yes" to any question asked by BPA at the checkpoint.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Fidel Ortega-Martinez

| | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/lmw  *ACA* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 23, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54